# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN ASJES,<br><br>          Plaintiff,<br><br>     v.<br><br>NKSP MEDICAL CMO, et al.,<br><br>          Defendants. | Case No. 1:12-cv-01062-LJO-DLB PC<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS, RECOMMENDING TO DISMISS THIS ACTION FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM**<br><br>(ECF Nos. 19 & 20) |

Plaintiff Allen Asjes ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On March 19, 2012, Plaintiff filed his complaint in the Northern District of California. (ECF No. 4.) On June 27, 2012, the case was transferred to this Court. (ECF No. 7.) On March 13, 3013, the Court dismissed Plaintiff's Complaint with leave to amend. (ECF No. 17.) The Court's order instructed Plaintiff that the Federal Rules of Civil Procedure prohibit the filing of unrelated claims against unrelated defendants. On September 30, 2013, the Court issued a findings and recommendations, recommending dismissing this action for failure to obey a court order and for failure to state a claim. (ECF No. 19.)

On November 12, 2013, Plaintiff filed objections to the findings and recommendations. (ECF No. 20.) Plaintiff's objections state that he now understands the Court's previous orders and requests leave to amend the complaint. "Rule 15(a) is very liberal and leave to amend 'shall be

1

freely given when justice so requires.'" *Amerisource Bergen Corp. v. Dialysis W., Inc.,* 465 F.3d 946, 951 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)). As such, the Court will allow Plaintiff to file an amended complaint.

Plaintiff's amended complaint should be brief, Fed. R. Civ. P. 8(a), but must state what each named defendant did that led to the deprivation of Plaintiff's constitutional or other federal rights. *See Iqbal*, 556 U.S. at 678. Although accepted as true, the "[f]actual allegations must be [sufficient] to raise a right to relief above the speculative level . . . ." *Twombly*, 550 U.S. at 555. Finally, Plaintiff is advised that an amended complaint supersedes the original complaint, *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997) overruled in part on other grounds, Lacey v. Maricopa Cnty., 693 F.3d 896, 928 (9th Cir. Aug. 29, 2012) (en banc); *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987), and must be "complete in itself without reference to the prior or superseded pleading," L. R. 220.

Accordingly, it is HEREBY ORDERED that:

1. The Court's findings and recommendations, filed on September 30, 2013, are VACATED;
2. Plaintiff must file an amended complaint within thirty (30) days from the date of service of this order; and
3. If Plaintiff fails to comply with this order, this action will be dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **November 21, 2013**          /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE